RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Rothel Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROTHEL DAVIS,<br><br>        Defendant. | Case No. 2:22-cr-00155-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Rothel Davis, that the Revocation Hearing currently scheduled on September 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

      This Stipulation is entered into for the following reasons:

      1.     Defense counsel needs additional time to prepare for hearing.

      2.     The defendant is in custody and agrees with the need for the continuance.

      3.     The parties agree to the continuance.

      This is the first request for a continuance of the revocation hearing.

DATED this 8th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROTHEL DAVIS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00155-APG-VCF-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 14, 2022 at 2:30 p.m., be vacated and continued to November 3, 2022 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE