RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Rothel Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ROTHEL DAVIS,<br><br>           Defendant. | Case No. 2:22-cr-00155-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Rothel Davis, that the Revocation Hearing currently scheduled on November 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in trial on the currently scheduled date.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1. This is the second request for a continuance of the revocation hearing.

DATED this 27th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROTHEL DAVIS,<br><br>      Defendant. | Case No. 2:22-cr-00155-APG-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 3, 2022 at 10:00 a.m., be vacated and continued to December 14, 2022 at the hour of 11:00 a.m. in Courtroom 6C.

   DATED this 28th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE